UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

JOEL ANDERSON,

        Plaintiff,

 vs               9:07-CV-1184

MICHAEL LEGHORN, Captain, Eastern NY
Correctional facility; DR. GUZMAN, Eastern
NY Correctional Facility; and MAXINE MOE # 1,

        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

JOEL ANDERSON
Plaintiff, Pro Se
03-A-3649
Wyoming Correctional Facility
PO Box 501
Attica, NY 14011

HON. ERIC T. SCHNEIDERMAN     SHOSHANAH V. BEWLAY, ESQ.
Attorney General of the         Asst. Attorney General
 State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff, Joel Anderson, commenced this civil rights action in November 2007,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated January 24, 2011, the

Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the

defendants' motion for summary judgment (Dkt. No. 42) be granted and this case be dismissed.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  The defendants' motion for summary judgment (Dkt. 42) is GRANTED;

2.  The plaintiff's complaint is DISMISSED; and

2.  The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: February 15, 2011
       Utica, New York.

_____
United States District Judge